**Order entered December 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01232-CV

## IN RE MICHAEL WATTS, Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 32386-422**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's October 8, 2019 petition

for writ of mandamus.

/s/     CORY L. CARLYLE
        JUSTICE